COUNTY OF ONEIDA, Respondent, *v.* CITY OF UTICA, Appellant.

Argued April 23, 1941; decided May 22, 1941.

*Bartle Gordon, Corporation Counsel,* for appellant.
*Francisco Penberthy, County Attorney,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.